**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
EDWARD LEE RUDD
LUCILLE MARTIN RUDD
DEBTOR(S)                                                                                              CASE NO. 20-50741

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED plan with amendments filed June 18, 2020, Doc. 18

All disposable income is not being paid into the plan.  The Debtors propose a 100% plan. The general claims bar date has passed. The Trustee calculates it will take approximately 67 months to pay all claims in full.  The current "pool" amount is $60,000.00.  The Trustee estimates a pool of approximately $67,000.00 is required to pay all claims within 60 months.

Amend the plan to comply with 11 U.S.C. § 1325(b)(1).

Beverly M. Burden, Chapter 13 Trustee

By:   /s/ Cheryl E. James
      Cheryl E. James,
      Attorney for Trustee
      P.O. Box 2204
      Lexington, KY 40588-2204
      (859) 233-1527
      notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on John M. Simms on August 7, 2020.

Beverly M. Burden, Chapter 13 Trustee

By:   /s/ Cheryl E. James
      Cheryl E. James,
      Attorney for Trustee